**Electronically Filed
Supreme Court
SCWC-10-0000222
19-NOV-2012
02:25 PM**

NO. SCWC-10-0000222

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

———————————————————————————————————————

ROBERT L. RODRIGUES, JR.,
Petitioner/Claimant-Appellant,

vs.

CITY AND COUNTY OF HONOLULU BOARD OF WATER SUPPLY,
Respondent/Employer-Appellee.

———————————————————————————————————————

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-10-0000222; CASE NO. AB 2007-118 (2-01-08711))

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, Acoba, McKenna, and Pollack, JJ.)

Petitioner/Claimant-Appellant Robert L. Rodrigues,

Jr.'s application for writ of certiorari, filed October 18, 2012,

is hereby rejected.

DATED: Honolulu, Hawai'i, November 19, 2012.

/s/ Mark E. Recktenwald

Lila Barbara Kanae
for petitioner                    /s/ Paula A. Nakayama

Robert Carson Godbey and          /s/ Simeon R. Acoba, Jr.
Kamilla C.K. Chan
for respondent                    /s/ Sabrina S. McKenna

                                  /s/ Richard W. Pollack

